John W. Wolfe, *pro hac vice*
wolfe@orrick.com
Aaron P. Brecher, *pro hac vice*
abrecher@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
701 Fifth Avenue, Suite 5600
Seattle, WA 98104-7097
Telephone:   +1 206 839 4300
Facsimile:   +1 206 839 4301

William H. Bittner
wbittner@bhb.com
BIRCH HORTON BITTNER & CHEROT PC
510 L Street, Suite 700
Anchorage, AK 99501
Telephone:   +1 907 276 1550
Facsimile:    +1 907 276 3680

Attorneys for Defendant Walter Earl

UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | Case No. 3:20-cr-00034-SLG-MMS |
| Plaintiff, | **STATUS REPORT** |
| v. | |
| **WALTER EARL,** | |
| Defendant. | |

In accordance with the Court's Miscellaneous General Order 21-10, defendant Walter Earl submits this status report. Mr. Earl's counsel has conferred with Assistant United States Attorney Steven Skrocki—counsel for the government—who agrees with Mr. Earl's position.

The parties do not believe any of the issues identified in the Court's Miscellaneous General Order apply here. The parties do not anticipate a trial, and thus the Court need not prioritize this matter for trial.

The Court presided over a telephonic status conference at the parties' request on March 31, 2021. *See* Dkt. No. 38. The Court set this matter for a combined proposed change of plea and imposition of sentence hearing. Dkt. No. 41. The Court—with both parties in agreement—also found good cause to exclude the intervening time under the Speedy Trial Act.

Dated: April 6, 2021 ORRICK, HERRINGTON & SUTCLIFFE LLP

*s/John W. Wolfe*
John W. Wolfe, *pro hac vice*
wolfe@orrick.com
Aaron P. Brecher, *pro hac vice*
abrecher@orrick.com
Telephone: +1 206 839 4300
Facsimile: +1 206 839 4301

BIRCH HORTON BITTNER & CHEROT PC

*s/William H. Bittner*
William H. Bittner, Alaska Bar No. 7210042
wbittner@bhb.com
Telephone: +1 907 276 1550
Facsimile: +1 907 276 3680

Attorneys for Defendant Walter Earl

The undersigned hereby certifies that on the 6th day of April 2021, a true and correct copy of the foregoing was served on the following via the Court's CM/ECF electronic delivery system:

Steven Skrocki
United States Department of Justice

Dated: April 6, 2021                      ORRICK, HERRINGTON & SUTCLIFFE LLP

*s/John W. Wolfe*
John W. Wolfe